# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2021

## NO. 03-21-00257-CV

**Appellants, Texas Education Agency and Mike Morath, Commissioner of Education, in his Official Capacity // Cross-Appellant, Kemp Independent School District**

**v.**

**Appellee, Kemp Independent School District // Cross-Appellees, Texas Education Agency and Mike Morath, Commissioner of Education, in his Official Capacity**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on May 13, 2021. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants and cross-appellant shall each pay their own costs relating to this appeal.